**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ryan Daniel GRAVES, Defendant–Appellant.**

No. 03–6235.

United States Court of Appeals, Fourth Circuit.

Submitted May 20, 2003.

Decided May 29, 2003.

Tara Dawn Shurling, Columbia, South Carolina, for Appellant. Stacey Denise Haynes, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

**770**

PER CURIAM:

Ryan Daniel Graves seeks to appeal the district court's orders denying relief on his motion filed under 28 U.S.C. § 2255 (2000), and denying his motion to reconsider pursuant to Federal Rule of Civil Procedure 59(e). We have independently reviewed the record and conclude that Graves has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*